# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL
***JS-6***

| | | |
|---|---|---|
| Case No. 5:15-cv-01218-DDP-KK | | Date May 9, 2018 |
| Title Jasmin Rangel et al v. Chino Valley Unified School District et al | | |

Present: The Honorable  DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

Plaintiffs' responses, Dkts. 116 and 117, to the OSC re: Proof of Deposit, are deemed satisfactory. The OSC, Dkt. 115, is hereby discharged. Pursuant to the Order Approving Settlement for Plaintiff I.R., Dkt. 103, and the Order Approving Settlement for Plaintiff S.I., Dkt 111, the entire case as to Plaintiffs I.R. and S.I. is dismissed with prejudice.

| | : | N / A |
|---|---|---|
| Initials of Preparer | | PG |